**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RAYSHAWN GAINES, ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.:   2:21-cr-00114-JAD-BNW <br><br> **ORDER** <br><br> ECF No. 24 |

**ORDER**

**IT IS ORDERED** that the date to raise objections to the PSR in the instant matter will be extended for SEVEN (7) days.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: 7/14/2022 _____