CHRISTOPHER L. GRASSO, ESQ.
Nevada Bar No. 13689
**CHRISTOPHER L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV 89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
Attorney for GAINES

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RAYSHAWN GAINES, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: 2:21-cr-00114-JAD-BNW <br><br> STIPULATION TO CONTINUE SENTENCING DATE <br><br> (FIRST REQUEST) |

*Certification:* This stipulation is filed pursuant to General Order 2007-04.

IT IS HEREBY STIPULATED AND AGREED, by and between JASON M. FRIERSON, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Christopher L. Grasso, Esq, counsel for RAYSHAWN GAINES (GAINES), that the sentencing hearing currently scheduled for August 8, 2022, at 10:00 am., be vacated and continued to a date and time convenient to this court, no longer than approximately two weeks or fourteen (14) days.

Pursuant to General Order No. 2007-04, this stipulation is entered and based upon the following:

1. Defense counsel will be out of the jurisdiction on the current sentencing date.
2. The parties agree to the continuance.

GAINES is being held at NSDC Pahrump in pretrial detention and does not object to the continuance, although humbly requests a continuance of no longer than approximately two weeks.

3. Denial of this request for continuance would deny the defense sufficient time to be able to assist in defendant's sentencing and file a Sentencing Memorandum with the court.

4. This is the first request for a continuance of the sentencing date in this case.

DATED this 25th day of July 2022.

RESPECTFULLY SUBMITTED BY:

__/s/ Melanee Smith__  
Melanee Smith  
Assistant United States Attorney

__/s/ Christopher L. Grasso__  
CHRISTOPHER L. GRASSO  
Attorney for GAINES

**CHRISTOPHER L. GRASSO, P.C.**
**CHRISTOPHER L. GRASSO, ESQ.**
**Nevada Bar No. 13689**
411 South 6th Street
Las Vegas, NV 89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
Attorney for GAINES

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 2:21-cr-00114-JAD-BNW |
| vs. ) | |
| ) | FINDINGS OF FACT, CONCLUSIONS |
| RAYSHAWN GAINES, ) | OF LAW AND ORDER |
| ) | |
| Defendant. ) | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:.

1. Defense Counsel will be out of the Jurisdiction between August 3, 2022 and August 8, 2022.
2. GAINES is being held at NSDC Pahrump in pretrial detention and does not object to the continuance.

## **CONCLUSIONS OF LAW**

1. Denial of this request for continuance would result in a miscarriage of justice.

//
//
//

**ORDER**

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for August 8th, 2021, at 10:00 a.m., be vacated and continued to August 16, 2022, at 11:00 a.m.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: 7/26/2022